703 A.2d 23

Patricia HENDRICKS and Rodger P. Hendricks

v.

GIANT FOODS, INC., Lemain Associated
Dyco Management Company

v.

Harry DEAN, Samuel Carson, t/a Lemain Associates

v.

Dushawn KENNEDY and Rosemary Paige.

Appeal of GIANT FOODS, INC., Lemain Associated Dyco
Management Company, Harry Dean, Samuel Carson,
t/a Lemain Associates.

Supreme Court of Pennsylvania.

Argued Dec. 10, 1997.

Decided Jan. 7, 1998.

Benjamin E. Landon, Williamsport, for Le Main Associated Dyco Management Co. and Harry Dean, Samuel Carson, t/a Le Main Associates.

Charles J. McKelvey, Williamsport, for Le Main Associated et al.

George B. Faller, Jr., Carlisle, for Giant Foods, Inc.

Allen E. Ertel, Williamsport, for Patricia and Rodger P. Hendricks.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

FLAHERTY, C.J., and ZAPPALA, J., dissent.